ARIEL E. STERN
Nevada Bar No. 8276
CHRISTINA S. BHIRUD
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for BAC Home Loans Servicing LP,
ReconTrust Company, N.A., Federal National
Mortgage Association, Bank of America, N.A.,
and Mortgage Electronic Registration Sys. Inc. (nominally)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID C. CORN, a/k/a DAVID CORN, a/k/a DAVID COURTNEY CORN, an unmarried and/or single man,<br><br>      Plaintiffs,<br><br>v.<br><br>RECONTRUST COMPANY, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; BAC HOME LOAN SERVICING LP, f/k/a COUNTRYWIDE HOME LOANS SERVICING LP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WESTERN TITLE COMPANY, INC.; BANK OF AMERICA, SUCCESSOR TO COUNTRYWIDE BANK, FSB; JOHN DOES 1 through 10; ALL NAMED DEFENDANTS JOINTLY AND SEVERALLY,<br><br>      Defendants. | Case No. 3:10-cv-00136-RCJ-VPC<br><br>**ORDER CANCELING LIS PENDENS** |

This Court issued an Order granting Defendants' Motion to Dismiss without leave to amend on March 24, 2011 [Dkt. 24]. On March 30, 2011, Plaintiff DAVID C. CORN, a/k/a DAVID CORN, a/k/a DAVID COURTNEY CORN ("Plaintiff") filed a Motion for District Judge to Reconsider Order [Dkt. 26]. On April 25, 2011, Defendants filed a Response to Plaintiff's Motion for District Judge to Reconsider Order [Dkt. 28]. On September 8, 2011, this Court denied

{20881616;1}           1

1. Plaintiff's Motion for District Judge to Reconsider Order [Dkt. 32].

Defendants request that the *lis pendens* Plaintiff recorded against the subject property in connection with this lawsuit be canceled.

The Court finds that Plaintiff recorded a Notice of Pendency of Action ("Lis Pendens") on January 19, 2010, as Instrument No. 3840716, in the real property records maintained by the Washoe County Recorder. A copy of the Lis Pendens is attached hereto at **Exhibit A** and fully incorporated by reference.

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged.

2. IT IS FURTHER ORDERED, ADJUDGED and DECREED that this Order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation Order in the real property records of Washoe County, Nevada within a reasonable amount of time from the date of this Order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE
Dated: October 27, 2011 _____

Submitted by:
**AKERMAN SENTERFITT LLP**

 /s/ Christina S. Bhirud
ARIEL E. STERN
Nevada Bar No. 8276
CHRISTINA S. BHIRUD
Nevada Bar No. 11462
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendants*

{20881616;1}

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of September, 2011, and pursuant to FRCP 5(b), I served via CM/ECF and/or deposited for mailing in the U. S. Mail a true and correct copy of the foregoing **[Proposed] ORDER CANCELING LIS PENDENS**, postage prepaid to the following parties:

GREGORY D. CORN, ESQ.
GREGORY D. CORN, CHTD.
592 5th Street
Elko, NV  89801

/s/ Debbie Julien
An Employee of Akerman Senterfitt

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

# Exhibit A

# Exhibit A

```
DOC # 3840716
01/19/2010 04:18:24 PM
Requested By
RENO CARSON MESSENGER SERVICE INC
Washoe County Recorder
Kathryn L. Burke - Recorder
Fee: $18.00  RPTT: $0.00
Page 1 of 5
```

APN# _____

**Recording Requested by:**
Name: Gregory Corn
Address: 593 5th Street
City/State/Zip: Elko, Nv. 89801

**When Recorded Mail to:**
Name: Same
Address: _____
City/State/Zip: _____

**Mail Tax Statement to:**
Name: _____
Address: _____
City/State/Zip: _____

( for Recorder's use only )

Notice of Pendency of Action
**( Title of Document )**

**Please complete Affirmation Statement below:**

☑ I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does not contain the personal information of any person or persons. (Per NRS 239B.030)

-OR-

☐ I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does contain the personal information of a person or persons as required by law: _____
(State specific law)

Signature: C. Pounds (RCMS)     Title: Agent

Printed Name: A Pounds

This page added to provide additional information required by NRS 111.312 Sections 1-2 and NRS 239B.030 Section 4.

This cover page must be typed or printed in black ink.     (Additional recording fee applies)

Case 3:10-cv-00136-RCJ-VPC Document 34 Filed 09/27/11 Page 3 of 6
Case 3:10-cv-00136-RCJ-VPC Document 25-1 Filed 03/30/11 Page 3 of 6
3840716 Page 2 of 5 - 01/19/2010 04:18:24 PM

```
 1 │ Code: $1425
   │ Gregory D. Corn, Esq.
 2 │ Nevada State Bar #645
   │ 592 5th Street
 3 │ Elko, NV 89801
   │ (775) 738-2525
 4 │ Attorney for: Plaintiff
```

FILED
2010 JAN 19 PM 2: 31
HOWARD W. CONYERS
BY _____ C. Parsley
    DEPUTY

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

Case No.: CV10-00142
Dept. No.: 8

DAVID C. CORN AKA DAVID CORN AKA DAVID COURTNEY CORN, an unmarried man and/or a single man,

　　　　　　　Plaintiff,

v.

RECONTRUST COMPANY, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; BAC HOME LOAN SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; WESTERN TITLE COMPANY, INC.; JOHN DOES 1 THROUGH 10; ALL NAMED DEFENDANTS JOINTLY AND SEVERALLY,

　　　　　　　Defendants.

## NOTICE OF PENDENCY OF ACTION
### (NRS 14.010)

DAVID C. CORN AKA DAVID CORN AKA DAVID COURTNEY CORN, an unmarried man and/or a single man pursuant to the provisions of NRS 14.010 et.seq. hereby gives Notice of the pendency of an action affecting real property and shows the Court as follows:

　　　　1.　　The name(s) of the parties to the civil action filed by Plaintiff are as follows:

Case 3:10-cv-00136-RCJ-WPC   Document 341   Filed 09/27/11   Page 7 of 9
Case 3:10-cv-00136-RCJ-VPC   Document 25-1   Filed 03/30/11   Page 4 of 6
3840716 Page 3 of 5 - 01/19/2010 04:18:24 PM

A. Plaintiff - DAVID C. CORN AKA DAVID CORN AKA DAVID COURTNEY CORN, an unmarried man and/or a single man.

B. Defendants:
   a. RECONTRUST COMPANY, N.A.;
   b. FEDERAL NATIONAL MORTGAGE ASSOCIATION (FNMA);
   c. BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP.;
   d. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;
   e. WESTERN TITLE COMPANY, INC.; and
   f. JOHN DOES 1 THROUGH 10 - ALL NAMED DEFENDANTS JOINTLY AND SEVERALLY

2. The object of the action is to challenge the enforceability of the non-judicial foreclosure proceedings taken by the Defendants individually, jointly, and/or severally with respect to that certain non-judicial foreclosure proceeding against Plaintiff resulting in the recordation of a Trustees Deed Upon Sale executed by Defendant RECONTRUST COMPANY in favor of Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION and including causes of action for conversion of the Corn vested estate interest in the real property described below; for fraud by Defendants according to the allegations contained in Plaintiff's Verified Complaint, working an absolute merger of Title of the Corn Trust Deed with the beneficial interest held in the Corn Note and Deed of Trust held of record by FEDERAL NATIONAL MORTGAGE ASSOCIATION before conveyance of the Corn vested estate to FEDERAL NATIONAL MORTGAGE ASSOCIATION resulting in a loss of the security interest and making the debt, if any, owed by Corn under the Promissory

3840716 Page 4 of 5 - 01/19/2010 04:18:24 PM

Note unsecured; for a Quiet Title; for Conversion; for Judgment of the Court that Defendant BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP, fraudulently failed to permit Plaintiff to exercise of his right to participate in the home retention program signed into law from and after January 15, 2009; also, Plaintiff brings a separate cause of action for judicial declaration that the Deed of Trust was from execution date on or around February 28, 2007 through foreclosure date on or around October 22, 2009 held exclusively by Defendant, MERS and the Note from Note creation date through foreclosure commencement and thereafter held by BAC Home Loan Servicing LP or its predecessors and exclusively collected upon by BAC and not MERS and that such conduct by BAC was intentional thereby rendering the Deed of Trust incapable of being foreclosed upon by MERS.

3. The description of the real property to which this lis pendens (NRS 14.010 et. seq.) applies is 1500 Fairfield, Reno, Nevada (APN: 011-336-08), and more fully described in the Notice of Default (NOD), recorded by Trustee, Defendant RECONTRUST, and thereafter more fully identified in the Notice of Trustees Sale given by Defendant Trustee RECONTRUST as more fully identified in the Verified Complaint filed on or around even date herewith, and in addition for a Judgment of this Court that the credit bid of any and/or all of the Defendant Beneficiaries worked an extinguishment of any promissory obligations due from Plaintiff to each and every, all and singular, jointly and severely, the Defendants named in the Verified Complaint.

4. The recordation of the filing of the Notice of Pendency of Action must also act as constructive notice to a purchaser or encumbrancer of the real property affected as described hereinabove and in the Verified Complaint,

GREGORY D. CORN CHARTERED
A Professional Law Corporation
592 5th St. ~ Elko, NV 89801
775-738-2525 ~ Fax: 775-738-1950

3

3840716 Page 5 of 5 - 01/19/2010 04:18:24 PM

1   and located in the County of Washoe, State of Nevada, City of Reno and

2   being Washoe County APN 011-336-08.

3

4   DATED: This 8 day of January, 2010.

5

6                                     GREGORY D. CORN CHARTERED
                                    592 5th St.
7                                   Elko, NV 89801

8                                   By:
                                  GREGORY D. CORN, ESQ.
9                                   NV Bar #645
                                  Attorney for PLAINTIFF

10

11

12

13

14

15

16

17

18

19

20

21                                   CERTIFIED COPY
                                  The document to which this certificate is
22                                attached is a full, true and correct copy of
                               the original on file and of record in my office.
23                                DATE:
                               HOWARD W. CONYERS, Clerk of the Second
24                                Judicial District Court, in and for the County
                               of Washoe, State of Nevada.
25                                By _____ Deputy

26

27

28