1  ARIEL E. STERN
   Nevada Bar No. 8276
2  CHRISTINA S. BHIRUD
   Nevada Bar No. 11462
3  AKERMAN SENTERFITT LLP
   400 South Fourth Street, Suite 450
4  Las Vegas, Nevada 89101
   Telephone:   (702) 634-5000
5  Facsimile:   (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: christina.bhirud@akerman.com

7  *Attorneys for BAC Home Loans Servicing LP,*
   *ReconTrust Company, N.A., Federal National*
8  *Mortgage Association, Bank of America, N.A.,*
   *and Mortgage Electronic Registration Sys. Inc. (nominally)*

9

10              **UNITED STATES DISTRICT COURT**

11                    **DISTRICT OF NEVADA**

12

13  DAVID C. CORN, a/k/a DAVID CORN, a/k/a          Case No. 3:10-cv-00136-RCJ-VPC
    DAVID COURTNEY CORN, an unmarried
14  and/or single man,
                                                    **ORDER CANCELING LIS PENDENS**
15                        Plaintiffs,

16  v.

17  RECONTRUST COMPANY, N.A.; FEDERAL
    NATIONAL MORTGAGE ASSOCIATION;
18  BAC HOME LOAN SERVICING LP, f/k/a
    COUNTRYWIDE HOME LOANS SERVICING
19  LP; MORTGAGE ELECTRONIC
    REGISTRATION SYSTEMS, INC.; WESTERN
20  TITLE COMPANY, INC.; BANK OF
    AMERICA, SUCCESSOR TO
21  COUNTRYWIDE BANK, FSB; JOHN DOES 1
    through 10; ALL NAMED DEFENDANTS
22  JOINTLY AND SEVERALLY,

23                        Defendants.

24          This Court issued an Order granting Defendants' Motion to Dismiss without leave to amend

25  on March 24, 2011 [Dkt. 24].  On March 30, 2011, Plaintiff DAVID C. CORN, a/k/a DAVID

26  CORN, a/k/a DAVID COURTNEY CORN ("Plaintiff") filed a Motion for District Judge to

27  Reconsider Order [Dkt. 26].  On April 25, 2011, Defendants filed a Response to Plaintiff's Motion

28  for District Judge to Reconsider Order [Dkt. 28].  On September 8, 2011, this Court denied

{20881616;1}                                    1

1  Plaintiff's Motion for District Judge to Reconsider Order [Dkt. 32].

2      Defendants request that the *lis pendens* Plaintiff recorded against the subject property in

3  connection with this lawsuit be canceled.

4      The Court finds that Plaintiff recorded a Notice of Pendency of Action ("Lis Pendens") on

5  January 19, 2010, as Instrument No. 3840716, in the real property records maintained by the Washoe

6  County Recorder.  A copy of the Lis Pendens is attached hereto at **Exhibit A** and fully incorporated

7  by reference.

8      UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause

9  appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

10      1.    IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby

11  cancelled, released, and expunged.

12      2.    IT IS FURTHER ORDERED, ADJUDGED and DECREED that this Order canceling

13  the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

14      3.    IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a

15  properly certified copy of this cancellation Order in the real property records of Washoe County,

16  Nevada within a reasonable amount of time from the date of this Order's issue.

17                                      APPROVED:

18

19                                      UNITED STATES DISTRICT JUDGE

20                                      Dated: October 27, 2011  _____

21  Submitted by:
    **AKERMAN SENTERFITT LLP**

22

23   /s/ Christina S. Bhirud
    ARIEL E. STERN

24  Nevada Bar No. 8276
    CHRISTINA S. BHIRUD

25  Nevada Bar No. 11462
    400 South Fourth Street, Suite 450

26  Las Vegas, Nevada  89101

27  *Attorneys for Defendants*

28

{20881616;1}                            2

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of September, 2011, and pursuant to FRCP 5(b), I served via CM/ECF and/or deposited for mailing in the U. S. Mail a true and correct copy of the foregoing **[Proposed] ORDER CANCELING LIS PENDENS**, postage prepaid to the following parties:

GREGORY D. CORN, ESQ.
GREGORY D. CORN, CHTD.
592 5th Street
Elko, NV 89801


/s/ Debbie Julien
An Employee of Akerman Senterfitt

{20881616;1}

3

# Exhibit A

# Exhibit A

**DOC # 3840716**
01/19/2010 04:18:24 PM
Requested By
RENO CARSON MESSENGER SERVICE INC
Washoe County Recorder
Kathryn L. Burke - Recorder
Fee: $18.00 RPTT: $0.00
Page 1 of 5

APN# _____

**Recording Requested by:**
Name: _Gregory Corn_
Address: _593 5-th Street_
City/State/Zip: _Elko, Nv. 89801_

**When Recorded Mail to:**
Name: _____ _same_ _____
Address: _____
City/State/Zip: _____

**Mail Tax Statement to:**
Name: _____
Address: _____
City/State/Zip: _____

( for Recorder's use only )

_Notice of Pendency of Action_
**( Title of Document )**

**Please complete Affirmation Statement below:**

☑ I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does not contain the personal information of any person or persons.
(Per NRS 239B.030)

-OR-

☐ I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does contain the personal information of a person or persons as required by law: _____
(State specific law)

_C. Pounds (RCMS)_          _Agent_
**Signature**                    **Title**

_A. Pounds_
**Printed Name**

This page added to provide additional information required by NRS 111.312 Sections 1-2 and NRS 239B.030 Section 4.

This cover page must be typed or printed in black ink.          (Additional recording fee applies)

3840716 Page 2 of 5 – 01/19/2010 04:18:24 PM

1 | Code: $1425
Gregory D. Corn, Esq.
2 | Nevada State Bar #645
592 5th Street
3 | Elko, NV 89801
(775) 738-2525
4 | Attorney for Plaintiff

FILED

2010 JAN 19 PM 2: 31

HOWARD W. CONYERS

BY_____ C. Parsley
      DEPUTY

5

6 | **IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA**

7 | **IN AND FOR THE COUNTY OF WASHOE**

Case No.: CV10-00142
Dept. No.: 8

8 | DAVID C. CORN AKA DAVID CORN
AKA DAVID COURTNEY CORN, an
9 | unmarried man and/or a single man,

10 | Plaintiff,

11 | v.

12 | RECONTRUST COMPANY, N.A.;
FEDERAL NATIONAL MORTGAGE
13 | ASSOCIATION; BAC HOME LOAN
SERVICING, LP FKA COUNTRYWIDE
14 | HOME LOANS SERVICING, LP;
MORTGAGE ELECTRONIC
15 | REGISTRATION SYSTEMS INC.;
WESTERN TITLE COMPANY, INC.;
16 | JOHN DOES 1 THROUGH 10; ALL
NAMED DEFENDANTS JOINTLY AND
17 | SEVERALLY,

18 | Defendants.

19

20 | **NOTICE OF PENDENCY OF ACTION**
21 | **(NRS 14.010)**

22

23 | DAVID C. CORN AKA DAVID CORN AKA DAVID COURTNEY CORN, an

24 | unmarried man and/or a single man pursuant to the provisions of NRS 14.010 et.seq.

25 | hereby gives Notice of the pendency of an action affecting real property and shows the

26 | Court as follows:

27

28 | 1.     The name(s) of the parties to the civil action filed by Plaintiff are as follows:

A. Plaintiff - DAVID C. CORN AKA DAVID CORN AKA DAVID COURTNEY CORN, an unmarried man and/or a single man.

B. Defendants:

    a. RECONTRUST COMPANY, N.A.;

    b. FEDERAL NATIONAL MORTGAGE ASSOCIATION (FNMA);

    c. BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP.;

    d. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;

    e. WESTERN TITLE COMPANY, INC.; and

    f. JOHN DOES 1 THROUGH 10 - ALL NAMED DEFENDANTS JOINTLY AND SEVERALLY

2. The object of the action is to challenge the enforceability of the non-judicial foreclosure proceedings taken by the Defendants individually, jointly, and/or severally with respect to that certain non-judicial foreclosure proceeding against Plaintiff resulting in the recordation of a Trustees Deed Upon Sale executed by Defendant RECONTRUST COMPANY in favor of Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION and including causes of action for conversion of the Corn vested estate interest in the real property described below; for fraud by Defendants according to the allegations contained in Plaintiff's Verified Complaint, working an absolute merger of Title of the Corn Trust Deed with the beneficial interest held in the Corn Note and Deed of Trust held of record by FEDERAL NATIONAL MORTGAGE ASSOCIATION before conveyance of the Corn vested estate to FEDERAL NATIONAL MORTGAGE ASSOCIATION resulting in a loss of the security interest and making the debt, if any, owed by Corn under the Promissory

3840716 Page 4 of 5 – 01/19/2010 04:18:24 PM

1   Note unsecured; for a Quiet Title; for Conversion; for Judgment of the Court

2   that Defendant BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE

3   HOME LOANS SERVICING, LP, fraudulently failed to permit Plaintiff to

4   exercise of his right to participate in the home retention program signed into

5   law from and after January 15, 2009; also, Plaintiff brings a separate cause

6   of action for judicial declaration that the Deed of Trust was from execution

7   date on or around February 28, 2007 through foreclosure date on or around

8   October 22, 2009 held exclusively by Defendant, MERS and the Note from

9   Note creation date through foreclosure commencement and thereafter held

10   by BAC Home Loan Servicing LP or its predecessors and exclusively

11   collected upon by BAC and not MERS and that such conduct by BAC was

12   intentional thereby rendering the Deed of Trust incapable of being foreclosed

13   upon by MERS.

14

15   3.   The description of the real property to which this lis pendens (NRS 14.010

16   et. seq.) applies is 1500 Fairfield, Reno, Nevada (APN: 011-336-08), and

17   more fully described in the Notice of Default (NOD), recorded by Trustee,

18   Defendant RECONTRUST, and thereafter more fully identified in the Notice

19   of Trustees Sale given by Defendant Trustee RECONTRUST as more fully

20   identified in the Verified Complaint filed on or around even date herewith,

21   and in addition for a Judgment of this Court that the credit bid of any and/or

22   all of the Defendant Beneficiaries worked an extinguishment of any

23   promissory obligations due from Plaintiff to each and every, all and singular,

24   jointly and severely, the Defendants named in the Verified Complaint.

25

26   4.   The recordation of the filing of the Notice of Pendency of Action must also

27   act as constructive notice to a purchaser or encumbrancer of the real

28   property affected as described hereinabove and in the Verified Complaint,

GREGORY D. CORN CHARTERED
A Professional Law Corporation
592 5th St. ~ Elko, NV 89801
775-738-2525 ~ Fax: 775-738-1950

3

3840716 Page 5 of 5 – 01/19/2010 04:18:24 PM

1     and located in the County of Washoe, State of Nevada, City of Reno and

2     being Washoe County APN 011-336-08.

3

4  DATED: This 8' day of January, 2010.

5

6                                 GREGORY D. CORN CHARTERED
                                  592 5th St.

7                                   Elko, NV 89801

8                     By:

9                           GREGORY D. CORN, ESQ.
                          NV Bar #645

10                          Attorney for PLAINTIFF

11

12

13

14

15

16

17

18

19

20

21                               CERTIFIED COPY

22           The document to which this certificate is
          attached is a full, true and correct copy of
          the original on file and of record in my office.

23           DATE _____ 19, 2010
          HOWARD W. CONYERS, Clerk of the Second

24           Judicial District Court, in and for the County
          of Washoe, State of Nevada.

25           By _____ Deputy

26

27

28